THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARIYAH GREEN, ) | | |
| Plaintiff, ) | | |
| v. ) | | Case No. 23-cv-646 |
| ) | | |
| BOARD OF EDUCATION OF THE CITY OF ) | | Hon. Judge Matthew F. Kennelly |
| CHICAGO, et al. ) | | |
| Defendants. ) | | |

**PROPOSED FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff MARIYAH GREEN ("Plaintiff") against Defendants BOARD OF EDUCATION OF THE CITY OF CHICAGO ("the Board") and Defendant the DAVID LYNCH FOUNDATION ("DLF") on Feb. 2, 2022, and separate offers of Judgment having been given to Plaintiff by the Board and DLF on Oct. 18, 2023, and a Notice of Acceptance of DLF's Offer of Judgment by the Plaintiff Pursuant to Federal Rule of Civil Procedure 68, and a Notice of Acceptance of the Defendant Board's Offer of Judgment by the Plaintiff Pursuant to Federal Rule of Civil Procedure 68 having been filed with the District Court Clerk, it is hereby ordered as follows:

1. Judgment is entered in favor of Plaintiff, Mariyah Green, on all claims alleged by the Plaintiff in her Complaint against DLF in the total amount of $75,000. This judgment amount includes any and all relief available to the plaintiff in this action against the Board, and includes all actual and compensatory damages, all statutory damages, all statutory penalties, fines, or punitive damages, attorneys' fees, costs, interest, litigation expenses, and any other monetary recovery sought by Plaintiff.

2. Judgment is entered in favor of Plaintiff, Mariyah Green, on all claims alleged by the Plaintiff in her Complaint against the Board in the total amount of $75,000. This

   judgment amount includes any and all relief available to the plaintiff in this action against the Board, and includes all actual and compensatory damages, all statutory damages, all statutory penalties, fines, or punitive damages, attorneys' fees, costs, interest, litigation expenses, and any other monetary recovery sought by Plaintiff.

3. This Judgment is approved as a Final Judgment and there is no just reason to enforce the judgment or appeal of this Judgment.

 

_____
JUDGE


John W. Mauck (IL Bar No. 1797328)
Judith A. Kott (IL Bar No. 6280395)
Mauck & Baker, LLC
1 N. LaSalle St. Suite 3150
Chicago, IL 60602
312-726-1243
jmauck@mauckbaker.com
jkott@mauckbaker.com