IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Mariyah Green,

Plaintiff(s),

v.

Board Of Education City Of Chicago, et al, ,

Defendant(s).

Case No. 23 C 646
Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: (1) Judgment is entered in favor of plaintiff Mariyah Green and against defendant Board of Education of the City of Chicago in the amount of $75,000. This is inclusive of any and all relief available to the plaintiff in this case against the Board including all types of damages; attorney's fees; costs; interest; and litigation expenses. (2) Judgment is entered in favor of plaintiff Mariyah Green and against defendant David Lynch Foundation in the amount of $75,000. This is inclusive of any and all relief available to the plaintiff in this case against the Foundation including all types of damages; attorney's fees; costs; interest; and litigation expenses.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Matthew F. Kennelly on a motion

Date:   10/23/2023                                       Thomas G. Bruton, Clerk of Court

                                                         Melissa Astell , Deputy Clerk